UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
: Docket No. 4: 21-CR-276
COLTON OPPEL, :
:
Defendant :

INDICTMENT

FILED
HARRISBURG, PA

**THE GRAND JURY CHARGES:**

SEP 15 2021

**COUNTS 1-25**
**18 U.S.C. § 922(g)**
**Possession of a Firearm by a Felon**

Per _____
Deputy Clerk

On or about January 15, 2020, in Berwick, Columbia County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**COLTON OPPEL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting commerce, to wit:

| Count | Description | Serial Number |
|---|---|---|
| 1 | Smith & Wesson .38 Special | J722834 |
| 2 | Beretta "PB" Model 21A-22LR | BCS37647U |

1

| 3  | Taurus Millennium 9mm PT111Pro               | TDP02605    |
|----|-----------------------------------------------|-------------|
| 4  | Glock 27 .40 caliber                          | WAG926      |
| 5  | Phoenix Arms .22LR                            | 4431636     |
| 6  | Phoenix Arms Raven .25 cal.                   | 3082516     |
| 7  | Smith & Wesson SD40VE                         | obliterated |
| 8  | Mosin Nagant 91/30                            | TA7732      |
| 9  | Marlin Glenwood 25 .22 cal. rifle             | 25695290    |
| 10 | Winchester Model 94 .30-.30 rifle             | 4216596     |
| 11 | Remington Sportster Model 512 .22 cal. rifle  | 10557       |
| 12 | Winchester Model 37A 12GA shotgun             | C831326     |
| 13 | Remington Model 700                           | G6841956    |
| 14 | Mossberg 12GA shotgun                         | UM447520    |
| 15 | Savage Model 110E .30-06                      | E891125     |
| 16 | Davey Cricket Youth .22 cal.                  | 344371      |
| 17 | Davey Cricket Youth .22 cal.                  | 756667      |
| 18 | SKS rifle w/ folding stock                    | 1729419     |
| 19 | Hi-Point Model 995 rifle                      | F79066      |
| 20 | Palmetto State Armory PA-15                   | PA103823    |

| 21 | Anderson Manufacturing AM-15 | 15217912 |
|---|---|---|
| 22 | Mossberg 20GA shotgun w/ sawed off stock and barrel | L260522 |
| 23 | Davey Cricket Youth .22 | 358026 |
| 24 | Ruger SR 9mm | 33191528 |
| 25 | Springfield Armory XD 45 | S3329584 |

All in violation of Title 18, United States Code, Section 922 (g)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNTS 26**</u>
**Possession of a Firearm
With an Obliterated Serial Number
18 U.S.C. § 922(k)**

On or about January 15, 2020, in Berwick, Columbia County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**COLTON OPPEL,**

did knowingly possess in and affecting commerce a firearm with a serial number that was removed, altered, and obliterated, to wit:

| Count | Description | Serial Number |
|---|---|---|
| 26 | Smith & Wesson SD40VE | obliterated |

3

All in violation of Title 18, United States Code, Section 922(k).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 27
Possession of a Firearm Which Is Not Registered in the National
Firearms Registration and Transfer Record
26 U.S.C. §§ 5861(d)

On or about January 15, 2020, in Berwick, Columbia County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**COLTON OPPEL,**

did knowingly receive and possess a firearm, to wit:

a Mossberg 20-gauge shotgun, serial number L260522, with a barrel length of under eighteen (18) inches and an overall length of less than twenty-six (26) inches which was not registered to him in the National Firearms Registration and Transfer Record and which was required to be registered in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(d), and 5871.

**THE GRAND JURY FURTHER ALLEGES:**

### FORFEITURE ALLEGATION

The allegations contained in Counts One through Twenty-Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872.

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872, upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g)(1) and (k), Title 18, United States Code, Sections 5861(d), 5841, and 5845(d), the defendant,

**COLTON OPPEL,**

shall forfeit to the United States of America any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the firearms described below:

| Count | Description | Serial Number |
|---|---|---|
| 1 | Smith & Wesson .38 Special | J722834 |

5

| 2 | Beretta "PB" Model 21A-22LR | BCS37647U |
|---|---|---|
| 3 | Taurus Millennium 9mm PT111Pro | TDP02605 |
| 4 | Glock 27 .40 caliber | WAG926 |
| 5 | Phoenix Arms .22LR | 4431636 |
| 6 | Phoenix Arms Raven .25 cal. | 3082516 |
| 7 | Smith & Wesson SD40VE | obliterated |
| 8 | Mosin Nagant 91/30 | TA7732 |
| 9 | Marlin Glenwood 25 .22 cal. rifle | 25695290 |
| 10 | Winchester Model 94 .30-.30 rifle | 4216596 |
| 11 | Remington Sportster Model 512 .22 cal. rifle | 10557 |
| 12 | Winchester Model 37A 12GA shotgun | C831326 |
| 13 | Remington Model 700 | G6841956 |
| 14 | Mossberg 12GA shotgun | UM447520 |
| 15 | Savage Model 110E .30-06 | E891125 |
| 16 | Davey Cricket Youth .22 cal. | 344371 |
| 17 | Davey Cricket Youth .22 cal. | 756667 |
| 18 | SKS rifle w/ folding stock | 1729419 |
| 19 | Hi-Point Model 995 rifle | F79066 |

| 20 | Palmetto State Armory PA-15 | PA103823 |
| --- | --- | --- |
| 21 | Anderson Manufacturing AM-15 | 15217912 |
| 22/27 | Mossberg 20GA shotgun w/ sawed off stock and barrel | L260522 |
| 23 | Davey Cricket Youth .22 | 358026 |
| 24 | Ruger SR 9mm | 33191528 |
| 25 | Springfield Armory XD 45 | S3329584 |
| 26 | Smith & Wesson SD40VE | Obliterated |

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872.

A TRUE BILL

███████████████

GRAND JURY FOREPERSON

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

Dated: 9/15/21

BY: GEOFFREY W. MacARTHUR
Assistant United States Attorney