IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:21-CR-00276 |
| | : | |
| v. | : | (Chief Judge Matthew Brann) |
| | : | |
| COLTON OPPEL | : | (Electronically Filed) |

## MOTION TO CONTINUE JURY SELECTION AND TRIAL

AND NOW, comes the Defendant through counsel, Helen A. Stolinas, of The Mazza Law Group, P.C. and respectfully requests that the Court grant a continuance of the trial and in support thereof submits as follows:

1. On September 15, 2021, a Middle District Grand Jury returned an indictment against Colton Oppel charging her with twenty-five counts of possession of a firearm by a felon in violation of 18 U.S.C. § 922(g), one count of possession of a firearm with an obliterated serial number in violation of 18 U.S.C. § 922(k), and one count of possession of a firearm which is not registered in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. § 5861(d).

2. On September 21, 2021, Defendant appeared before United States Magistrate Judge William I. Arbuckle for an initial appearance and arraignment and pleaded not guilty and was detained.

1

3. Jury Selection and Trial were scheduled for May 6, 2024.

4. Undersigned counsel needs to discuss a plea offer and review with Defendant for execution.

5. The defense avers that the ends of justice served by the granting of the continuance outweigh the best interest of the public.

6. Defense counsel also avers that failure to grant a continuance in this case would deny the defendant reasonable time necessary for effective preparation.

7. Assistant U.S. Attorney, Geoffrey MacArthur concurs with this request.

8. Pursuant to Local Rule 7.5, because the reasons for the continuance are fully stated in the motion and the government concurs in the granting of the motion, no supporting brief is required.

Wherefore, Defendant respectfully requests that this Honorable Court continue the trial for sixty (60) days.

Respectfully submitted,

s/Helen A. Stolinas
Helen A. Stolinas
Pa ID # 66738
The Mazza Law Group, P.C.
2790 W. College Ave., Suite 800
State College, PA 16801

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:21-CR-00276 |
| | : | |
| v. | : | (Chief Judge Matthew Brann) |
| | : | |
| COLTON OPPEL | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Helen A. Stolinas, do hereby certify that Assistant United States Attorney Geoffrey MacArthur concurs in the foregoing motion.

May 6, 2024

s/Helen A. Stolinas
Helen A. Stolinas
Pa ID # 66738
The Mazza Law Group, P.C.
2790 W. College Ave., Suite 800
State College, PA 16801
Phone: (814) 237-6255
Fax: (814) 237-5752
Email: stolinas@mazzalaw.com

*Attorney for Defendant,*
*Colton Oppel*

3

## **CERTIFICATE OF SERVICE**

I, Helen A. Stolinas, Esquire, do hereby certify that this document, the foregoing **Motion to Continue Trial,** filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

  Geoffrey MacArthur, Esquire
  Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Williamsport, Pennsylvania, addressed to the following:

  Colton Oppel

May 6, 2024            s/Helen A. Stolinas
                 Helen A. Stolinas
                 Pa ID # 66738
                 The Mazza Law Group, P.C.
                 2790 W. College Ave., Suite 800
                 State College, PA 16801
                 Phone: (814) 237-6255
                 Fax: (814) 237-5752
                 Email:  stolinas@mazzalaw.com

                 *Attorney for Defendant,*
                 *Colton Oppel*